FILED
CLERK, U.S. DISTRICT COURT

03/08/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAINTIFF(S) v. Tiffany Ana Marie Diaz DEFENDANT(S). | CASE NUMBER 5:24-mj-00103 22 CR 02286-CAD-2 DECLARATION RE OUT-OF-DISTRICT WARRANT |

The above-named defendant was charged by: __Indictment__
in the __Southern__ District of __Calif.__ on __11-09-22__
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title __18__ U.S.C., Section(s) __952__
to wit: _____

A warrant for defendant's arrest was issued by: _____

Bond of $ __NO BAIL__ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03-08-24__
            Date

____/s/ AB____                           __Luis A. Batres__
Signature of Agent                       Print Name of Agent

__USMS__                                 __Deputy U.S Marshal__
Agency                                   Title