FILED
Nov 09 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ glonav  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2022 Grand Jury      5:24-mj-00103

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR2286-CAB |
| Plaintiff, | I N D I C T M E N T (Superseding) |
| v. | Title 21, U.S.C., Secs. 952, 960 and 963 - Conspiracy to Import Methamphetamine and Fentanyl; Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine, Heroin, Cocaine, and Fentanyl; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| MICHAEL MARIANO SOTO (1), TIFFANY ANA MARIE DIAZ (2), | |
| Defendants. | |

The grand jury charges:

Count 1

Beginning at a date unknown to the grand jury and continuing up to and including September 17, 2020, within the Southern District of California, and elsewhere, defendants MICHAEL MARIANO SOTO and TIFFANY ANA MARIE DIAZ, did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

BJK:nlv:San Diego:11/9/22

## Count 2

Beginning at a date unknown to the grand jury and continuing up to and including September 17, 2020, within the Southern District of California, and elsewhere, defendants MICHAEL MARIANO SOTO and TIFFANY ANA MARIE DIAZ, did knowingly and intentionally conspire together and with other persons known and unknown to the grand jury to import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960, and 963.

## Count 3

On or about May 6, 2020, within the Southern District of California, defendant MICHAEL MARIANO SOTO did knowingly and intentionally import 500 grams and more, to wit: approximately 13.42 kilograms (29.5 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

## Count 4

On or about May 6, 2020, within the Southern District of California, defendant MICHAEL MARIANO SOTO did knowingly and intentionally import 1 kilogram and more, to wit: approximately 1.4 kilograms (3.08 pounds) of a mixture and substance containing a detectable of heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

Count 5

On or about May 6, 2020, within the Southern District of California, defendant MICHAEL MARIANO SOTO did knowingly and intentionally import 500 grams and more, to wit: approximately 1.1 kilograms (2.42 pounds) of a mixture and substance containing a detectable amount cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 6

On or about August 9, 2020, within the Southern District of California, defendant MICHAEL MARIANO SOTO did knowingly and intentionally import a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

Count 7

On or about September 17, 2020, within the Southern District of California, defendants MICHAEL MARIANO SOTO and TIFFANY ANA MARIE DIAZ did knowingly and intentionally import 500 grams and more, to wit: approximately 1.44 kilograms (3.17 pounds) of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

//
//
//

Count 8

On or about September 17, 2020, within the Southern District of California, defendants MICHAEL MARIANO SOTO and TIFFANY ANA MARIE DIAZ did knowingly and intentionally import 400 grams and more, to wit: approximately 2.22 kilograms (4.89 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960, and Title 18, United States Code, Section 2.

DATED: November 9, 2022.

RANDY S. GROSSMAN
United States Attorney

By: _____
BRANDON J. KIMURA
Assistant U.S. Attorney